IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL J. RAMIREZ, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04cv3262 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SCOTTS BLUFF COUNTY, | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on filing no. 14, the Response by the plaintiff, Michael J. Ramirez, to the court's Order to Show Cause (filing no. 12). In filing no. 12, the court ordered the plaintiff to provide any reason he might have as to why the above-entitled case should not be dismissed without prejudice for failure to obtain timely service of process on the defendant.

    The plaintiff has shown cause for the delay in effecting service of process. An extension of time to serve the defendant will be granted, and instructions for completing the forms for service of process are attached to this Order.

    IT IS THEREFORE ORDERED:

    1.    Filing no. 14 is granted.

    2.    The Clerk of Court shall send the plaintiff ONE summons and ONE Form 285.

    3.    The plaintiff shall complete the forms for service of process on Scotts Bluff County at the address of the Scotts Bluff County Clerk, which is: 1825 10th Street, Gering, NE 69341.

    4.    The plaintiff shall have until **May 20, 2005** to return the completed forms to the Clerk of Court.

    5.    If the forms are not returned to the Clerk of Court by **May 20, 2005**, the Clerk shall bring this case to the attention of the court.

    6.    Upon receipt of the completed summons and 285 forms, the Clerk of Court shall sign the summons, to be forwarded, together with a copy of the complaint, to the U.S. Marshal for service of process. The Marshal shall serve the summons and complaint without payment of costs or fees. Service may be by mail pursuant to Fed. R. Civ. P. 4 and

Nebraska law in the discretion of the Marshal.  The Marshal shall effect service by May 30, 2005.

      7.    A defendant has twenty (20) days after receipt of the summons to answer or otherwise respond to the complaint.

      8.    The parties are bound by the Federal Rules of Civil Procedure and by the Local Rules of this court in the prosecution of this case.

      9.    The plaintiff shall keep the court informed of his current address at all times while this case is pending.   Failure to do so could result in dismissal of this case.

DATED this 25th day of April, 2005.

BY THE COURT:

s/ F. A. GOSSETT
United States Magistrate Judge

INSTRUCTIONS:  SUMMONS FORMS AND FORMS 285
for plaintiffs proceeding pro se and in forma pauperis

1.      A summons form provides notice to a defendant that the defendant has been sued and must answer or otherwise respond to the complaint.

2.      A form USM-285 ("285 form") provides directions to the U.S. Marshal as to whom to serve with process and where to serve the defendant(s).  The U.S. Marshal serves the defendant(s) without cost to you because you are proceeding in forma pauperis ("IFP").

3.      Do not copy your complaint to attach to the summons; the court will do that for you.

4.       You may serve only defendant(s) named in the case caption of the complaint.  If you wish to serve additional defendant(s), you must move for leave to amend the complaint to add the additional defendant(s) to the case caption.  "John Doe" plaintiffs cannot be served with process.

5.      Be sure to print your case number on all forms.

6.      You must give an address for each party to be served.  The U.S. Marshal and the court will not know a defendant's address.

7.      When completing forms for service of process on a County, the plaintiff must note Neb. Rev. Stat. § 25-510.02(2), which states: "Any county, city, or village of this state may be served by personal, residence, or certified mail service *upon the chief executive officer, or clerk*."  The address of the Scotts Bluff County Clerk is 1825 10th Street, Gering, NE 69341.

8.      Where a summons form states:  "You are hereby summoned and required to serve on plaintiff's attorney"  print your name and address.

9.      Where a form 285 states:   "send notice of service copy to requestor at name and address"  print your name and address.

10.     Where a form 285 calls for  "signature of attorney or other originator"  provide your signature and date the form.

11.     Leave the last part of the summons form blank.  The court will fill in the number of days in which the defendant must answer, and the court will sign and date the form.

3

EXAMPLE: **INSTRUCTIONS: FORM 285 FOR PRO SE PLAINTIFFS PROCEEDING IN FORMA PAUPERIS ("IFP")**

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| **Print YOUR NAME** | **Print your CASE NUMBER** |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| **Print the NAME OF ONE DEFENDANT** <br> Scotts Bluff County | Print **CIVIL COMPLAINT** |

**SERVE** ▶ PRINT THE **LOCATION** - c/o Scotts Bluff County Clerk

**AT** PRINT THE **STREET ADDRESS (**OR P.O. BOX**), CITY, STATE (**AND **ZIP IF KNOWN**)
1825 10th Street, Gering, NE 69341

SEND NOTICE OF SERVICE COPY TO REQUESTOR AT NAME AND ADDRESS

Print **YOUR NAME AND ADDRESS** here

No. of process **1**

No. of parties    **LEAVE BLANK**

Check for service on USA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION

PRINT ANY HELPFUL FACTS ABOUT THE NAMED DEFENDANT TO BE SERVED, SUCH AS [GUARD] [MEDICAL DOCTOR] AT [NEBRASKA STATE PRISON] [OTHER LOCATION], OR ANY OTHER IDENTIFYING INFORMATION.

YOU MAY GIVE MORE THAN ONE ADDRESS WHERE THE ABOVE-NAMED DEFENDANT MAY BE FOUND OR RECEIVES MAIL. [YOU MAY USE MULTIPLE ADDRESSES FOR A DEFENDANT ON FORM 285, BUT YOU MAY NOT NAME MORE THAN ONE DEFENDANT ON EACH FORM 285.]

SIGNATURE OF ATTORNEY OR OTHER ORIGINATOR    X PLAINTIFF ←check this box    DATE
                                             • DEFENDANT                    / /
**YOUR SIGNATURE** 
goes here                                                                   **Date you signed form**

TELEPHONE:
**LEAVE BLANK**

NOTE:  DO **NOT** COPY YOUR COMPLAINT TO ATTACH TO THE SUMMONS. THE COURT WILL DO THAT FOR YOU.

## INSTRUCTIONS: SUMMONS FORMS - PRO SE PLAINTIFFS - IFP  [w/ IR]

**1. YOU MUST USE A SEPARATE SUMMONS FORM FOR EACH DEFENDANT.**

**2. DO NOT COPY YOUR COMPLAINT TO ATTACH TO THE SUMMONS. THE COURT WILL DO THAT FOR YOU.**

**3. YOU MAY SERVE ONLY DEFENDANT(S) NAMED IN THE CASE CAPTION OF THE COMPLAINT. IF YOU WANT TO SERVE ADDITIONAL DEFENDANTS, YOU MUST AMEND YOUR COMPLAINT TO ADD THE OTHERS TO THE CASE CAPTION.**

EXAMPLE:

UNITED STATES DISTRICT COURT
**FOR THE**      DISTRICT OF      **NEBRASKA**

**YOUR NAME GOES HERE**                 SUMMONS IN A CIVIL CASE

V.                                    CASE NO. **PRINT YOUR CASE NUMBER HERE**

**PRINT NAME OF FIRST DEFENDANT HERE -** Scotts Bluff County

TO: **(Name and address of Defendant)**

**PRINT THE NAME OF ONE DEFENDANT HERE -**
Scotts Bluff County

**PRINT THE ADDRESS OF THAT DEFENDANT HERE -**

c/o Scotts Bluff County Clerk, 1825 10th Street, Gering, NE 69341

YOU ARE HEREBY SUMMONED AND REQUIRED TO SERVE ON PLAINTIFF'S ATTORNEY

**PRINT YOUR NAME**
**PRINT YOUR ADDRESS**

**LEAVE THE REMAINING PART OF THE FORM BLANK. THE COURT WILL FILL IN THE NUMBER OF DAYS IN WHICH THE DEFENDANT MUST ANSWER, AND THE COURT WILL SIGN AND DATE THE FORM.**